

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00020-CR

Corey **DENTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7707
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 4, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice